UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PARAGON MARKETING
GROUP, L.L.C.,

      Plaintiff,

Case No. 03-70202

v.

Hon. John Corbett O'Meara

NADAIR, a/k/a NADAIR LIGHTING,
a Canadian company, and
BOB DESJARDINS, an individual,
_____/

**ORDER DENYING DEFENDANT'S RENEWED
MOTION FOR JUDGMENT AS A MATTER OF LAW**

      Before the court is Defendant Nadair's renewed motion for judgment as a matter of law, filed June 14, 2007. Defendant initially brought the motion during trial, on June 1, 2007. The court denied the motion at that time. For the reasons stated on the record at trial and in the court's November 30, 2006 opinion and order denying Defendant's motion for summary judgment, the court is persuaded that Defendant is not entitled to judgment as a matter of law. Based upon the evidence presented at trial, the jury reasonably could have found that PCS was Defendant's agent and that Plaintiff and Defendant entered into a contract for the payment of sales commissions.

      Accordingly, IT IS HEREBY ORDERED that Defendant's renewed motion for judgment as a matter of law is DENIED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Dated: August 17, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 17, 2007, by electronic and/or ordinary mail.

              s/William Barkholz
              Case Manager